Snyder et al., Appellees, *v.* Nationwide Mutual
Insurance Company, Appellant.

[Cite as *Snyder v. Nationwide Mut. Ins. Co.* (1996), 76 Ohio St.3d 230.]

(No. 96–73—Submitted July 10, 1996—Decided August 7, 1996.)

*Allen Schulman & Associates Co., L.P.A.,* and *Timothy B. Saylor,* for appellees.

*Robert J. Drexler,* for appellant.

As to Proposition of Law No. 1, the judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

As to Proposition of Law No. 2, the appeal is dismissed, *sua sponte,* as having been improvidently allowed.

Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., and Cook, J., dissent on Proposition of Law No. 1 and concur on Proposition of Law No. 2.

Stratton, J., not participating.